UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION

AFFIDAVIT OF PETITION FOR WARRANT OR SUMMONS
FOR OFFENDER UNDER SUPERVISION
IN REMOVAL PROCEEDINGS

08 CR 476

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. _____ |
| vs. | ) | |
| | ) | Hon. Arlander Keys |
| GAYLE MHOON | ) | |

The undersigned Affiant personally appeared before __Arlander Keys__, a United States Magistrate Judge, and being duly sworn on oath, states: That at New Orleans, in the Eastern District of Louisiana, one, __GAYLE MHOON__, was charged in a Petition for Warrant or Summons For Offender Under Supervision with violations of supervised release, and that on the basis of Affiant's investigation and information received concerning the case through official channels, does hereby certify that a Warrant of Arrest is outstanding for the arrest of said defendant. (See Exhibit A - Warrant for Arrest and Petition for Warrant or Summons for Offender Under Supervision.)

Wherefore, Affiant prays that the defendant be dealt with according to law.

SCOTT EICHSTAEDT
Deputy Marshal
United States Marshals Service

Subscribed and Sworn to before me this
__17th__ day of __June__, 2008.

ARLANDER KEYS
United States Magistrate Judge

FILED
RECEIVED
JUN 17 2008 TC
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

MEGAN CUNNIFF CHURCH
Assistant U.S. Attorney

# United States District Court

## EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

V.

GAYLE MHOON

WARRANT FOR ARREST

CASE NUMBER: 03-CR-295"R"

The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **Gayle Mhoon** and bring him or her forthwith to the arest magistrate judge to answer a(n)

Indictment ( ) Information ( ) Complaint ( ) Order of Court ( ) Probation Violation Petition (x) Supervised Release Violation Petition (x) Violation Notice

arging him or her with alleged violations of supervised release

RETTA G. WHYTE
ie of Issuing Office:

CLERK
Title of Issuing Officer

iature of Issuing Officer

*B. Catalanotto*
Deputy Clerk

**April 1, 2008   New Orleans, Louisiana**
Date and Location

l fixed at $_____  by _____
                                          Name of Judicial Officer

### RETURN

his warrant was received and executed with the arrest of the above-named defendant at _____

| ATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| ATE OF ARREST | | |

(stamp: 2008 APR -1 P 5:13 U.S. PROBATION OFFICE NEW ORLEANS, LOUISIANA)

# UNITED STATES DISTRICT COURT
## for the
## Eastern District of Louisiana

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED  APR - 1 2008
LORETTA G. WHYTE
CLERK

### PETITION FOR WARRANT OR SUMMONS FOR OFFENDER UNDER SUPERVISION

**Name of Offender:** GAYLE MHOON  **Case Number:** 053L 2:03CR00295-001R

**Name of Sentencing Judicial Officer:** Honorable Sarah S. Vance

**Offense:** 18 U.S.C. 1028(f) - Conspiracy to Commit Identity Theft

**Date of Sentence:** June 24, 2004

**Sentence:** 78 months custody of the Bureau of Prisons, to be followed by a three year term of supervised release. A $100.00 special assessment fee was also ordered.

**Special Conditions:**

1. Financial disclosure
2. Financial restriction
3. Orientation and Life Skills
4. Drug treatment
5. Pay restitution at a rate of $100.00 per month

**Type of Supervision:** Supervised Release  **Date Supervision Commenced:** August 31, 2007

**Assistant U.S. Attorney:** Andre' Jones  **Defense Attorney:** Sandra Jenkins

---

## PETITIONING THE COURT

[ X ] To issue a warrant                          [  ] To issue a summons

For the arrest of Gayle Mhoon for alleged violations of Supervised Release, and that he be brought before this court to answer a Rule to Show Cause Why Supervised Release Should Not Be Revoked.

---

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Non-Compliance |
|---|---|
| Mandatory Condition | On September 29, 2007, Mhoon was arrested by personnel of the Chicago Police Department, and charged with felony possession of a stolen vehicle greater than $25,000.00, and two misdemeanor charges of theft and control of stolen property less than $300.00. The charge of possession of a stolen vehicle has been accepted for prosecution, and is currently pending in Cook County Circuit Court, under Case Number 07CR2130501. The misdemeanor charges of theft and possession of stolen property were dismissed on October 5, 2007. On November 28, 2007, the defendant posted a $90,000.00 bond and was released. |
| Standard Condition No. 2 | Mhoon has failed to report to the probation office since being released from state custody on November 28, 2007. Furthermore, on February 22, 2008, United States Probation Officer Missy K. Kolbe, Northern District of Illinois, delivered a letter to Mhoon's last known address instructing him to report on February 26, 2008. On February 26, 2008, Officer Kolbe received a phone call from Mhoon |

Fee _____
Process _____
X Dktd _____
   CtRmDep _____
   Doc. No. _____


| | |
|---|---|
| | advising that he was not going to report to the office as instructed, as he was under the influence of controlled substances, specifically, crack cocaine, alcohol, and marijuana. |
| Standard Condition No. 6 | On September 5, 2007, Mhoon indicated he resided with his sister, Sherry Mhoon at 6437 South Talman Avenue, Chicago, Illinois. On February 22, 2008, United States Probation Officer Missy K. Kolbe met with Mhoon's sister at her address and was advised that Mhoon no longer resides with her. In addition, Officer Kolbe spoke with Mhoon by telephone on February 26, 2008, and he confirmed that he is residing with "various females" in the community. He indicated that he resides with his sister on occasions. |
| Special Condition No. 4 | Upon commencement of his supervised release term, Mhoon was instructed to submit random urinalysis testing at Health Alternative Systems South in Chicago, Illinois. Mr. Mhoon has failed to submit drug testing since November 28, 2007. In addition, by his own admission, on February 26, 2008, Mhoon avoided contact with his probation officer in order to avoid detection of his current drug usage. |
| Special Condition No. 5 | Since the commencement of his supervised release term, Mhoon has not made any payments towards restitution. |

**CUSTODIAL STATUS:**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: March 20, 2008

_____
Brian P. Bond
Senior U.S. Probation Officer


REVIEWED BY:

_____
Matthew G. Arseneaux
Supervising U. S. Probation Officer


**THE COURT ORDERS**

[ ] No Action
[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

_____
Signature of Judicial Officer

March 31, 2008
Date

Address of Offender:    Unknown

CLERK'S OFFICE
A TRUE COPY
APR - 1 2008
Deputy Clerk, U.S. District Court
Eastern District Of Louisiana
New Orleans, La.