# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Arlander Keys | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 476 | **DATE** | 6/17/2008 |
| **CASE TITLE** | USA vs. Gayle Mhoon | | |

**DOCKET ENTRY TEXT**

Removal proceedings held. Defendant appears in response to arrest on 6/17/08. Defendant waives identity hearing. Matthew Madden is appointed as counsel for defendant. Detention hearing set for 6/20/08 at 2:00 p.m. The defendant is ordered detained until further order of court.

Docketing to mail notices.

00:07

| | Courtroom Deputy Initials: | AC |
|---|---|---|