Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Arlander Keys | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 CR 476 | DATE | 6/20/2008 |
| CASE TITLE | USA v Mhoon | | |

**DOCKET ENTRY TEXT**

Removal proceedings held. The defendant is ordered removed in the custody of the U.S. Marshal to the District of Louisiana without prejudice to his right to address the issue of bond at a later time. AK

Docketing to mail notices.

00:07

| | Courtroom Deputy Initials: | AC |
|---|---|---|

U.S. DISTRICT COURT
FILED
2008 JUN 20 PM 3:52

08CR                                                                                           Page 1 of 1