MHN

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Nancy Farragut_   ☐ Agent   ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                  6/27/08

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

1. Article Addressed to:

   Eastern District of Louisiana
   C-151 Hale Boggs Federal Bldg
   500 Poydras Street
   New Orleans, LA 70130

3. Service Type
   ☐ Express Mail
   ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7006 0100 0001 7312 3188

PS Form 3811, February 2004    Domestic Return Receipt    08 CR 476    102595-02-M-1540

08CR476

FILED DY
7-1-2008
JUL - 1 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT